IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CAMERON WILLIAMS,

    Petitioner,

v.                                      CASE NO. 5:11-cv-00356-MP-EMT

MICHAEL D CREWS, KENNETH S TUCKER,

    Respondents.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 25, 2013. (Doc. 34). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and the petitioner has done so at Doc. 36. I have made a _de novo_ determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2. The petition for writ of habeas corpus, Doc. 1, is DENIED and no certificate of appealability is appropriate in this case.

**DONE AND ORDERED** this _22nd_ day of April, 2013

                                                    _s/Maurice M. Paul_
                                                    Maurice M. Paul, Senior District Judge